**Dismissed and Opinion Filed December 9, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00540-CV

**BRITTANY MORRIS, Appellant**
**V.**
**CREEKSIDE VILLAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02186-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this appeal is overdue. By postcard dated October 29, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Bill Pedersen, III/
_____
BILL PEDERSEN, III
JUSTICE

240540f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BRITTANY MORRIS, Appellant

No. 05-24-00540-CV　　　V.

CREEKSIDE VILLAS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-24-02186-D.
Opinion delivered by Justice Pedersen, III. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 9th day of December, 2024.